UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE CASTELLAW, CHERYL CARNES, KATHRYN ROSE, AMANDA WILSON, HELEN SPOSATO, KACY MCDONOUGH, SHERRY TAITZ, MARLA HUBER, JOY MARIE CZAPSKI, DANIEL QUICK, CHARITY RICHERT, DIANE RUBENS, KAREN BLANKEN, WANDA PENNINO, JILLIAN PHELAN, DEBORAH MCCARVER, DEBRA ALEXANDER, DONALD WELLS, CELESTE HOBAN, SIMON RAWSON, ILEANA MARIN, ROBIN WRIGHT, ZAVIDA BAL, BRENDA BERTUCCI, LEANN TOGAREPI, REBECCA BERNER, CHRISTINA FRYE, MARCIA BROWN, AARON CHILDRESS, JENNY ST. AUBIN, RHONDA CAIN, HEIKE BAKER, STACEY DORR, CARMEN RICHARD-GOULD, LORI SCHIMSCHOCK, JEFFERY C. SIMPSON, and 39 additional Plaintiffs, on behalf of themselves and similarly-situated others,<br><br>-against-<br><br>REGENTS COLLEGE d/b/a EXCELSIOR COLLEGE,<br>　　　　　　　　　　　　Defendant. | **MEMORANDUM & ORDER**<br><br>**14-CV-1048**<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br>★ JAN 0 9 2015 ★<br>BROOKLYN OFFICE |
| FELICIA RICHARDSON,<br>　　　　　　　　　　Plaintiff,<br>-against-<br><br>EXCELSIOR COLLEGE,<br>　　　　　　　　　　Defendant. | **14-CV-4989** |

1

| | | |
|---|---|---|
| CRISTINA UPEGUI, | | |
| | Plaintiff, | **14-CV-5041** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| LADONNA HEDGEPATH, | | |
| | Plaintiff, | **14-CV-5038** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| ANDREA PARKER, | | |
| | Plaintiff, | **14-CV-5040** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| TIMOTHY FINCH, | | |
| | Plaintiff, | **14-CV-5103** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| ROXANNE RAMIREZ, | | |
| | Plaintiff, | **14-CV-5176** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |

| | | |
|---|---|---|
| PATRICIA BODELL, | | |
| | Plaintiff, | **14-CV-5355** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| FALLON SHELTON, | | |
| | Plaintiff, | **14-CV-5357** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| SALLY MACHETTA, | | |
| | Plaintiff, | **14-CV-5520** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| JULIE DOWBURD, | | |
| | Plaintiff, | **14-CV-6180** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| RITA PARHAM, | | |
| | Plaintiff, | **14-CV-6187** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |

| BRIANNE KIRKER, | | |
|---|---|---|
| | Plaintiff, | **14-CV-5519** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| PAUL DICKERSON, | | |
| | Plaintiff, | **14-CV-6187** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| KEENA STEPHENS, | | |
| | Plaintiff, | **14-CV-7355** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |
| REBECCA FRASER, | | |
| | Plaintiff, | **14-CV-6582** |
| -against- | | |
| EXCELSIOR COLLEGE, | | |
| | Defendant. | |

**JACK B. WEINSTEIN, Senior United States District Judge:**

By January 21, 2015, the parties shall forthwith provide to the court:

1. The dates that Charlotte Davis and Nathan Myer were provided access to their CPNE results and the mode by which they accessed the results;

2. The dates that Charlotte Davis and Nathan Myer took the RN licensing examination or any other nursing licensing examination;

4

3. The dates that Charlotte Davis and Nathan Myer were provided access to the results of said examination(s); and

4. The dates that Charlotte Davis and Nathan Myer were officially licensed as registered nurses.

The court will then issue a short opinion on the motion to dismiss Davis and Myer's claims as time barred. A single plaintiff will likely proceed to trial on February 23, 2015.

The court was given to understand that plaintiffs Davis, Myer and Phelan do not bring claims based on "test costs", given that they passed the CPNE examination on the first attempt. *See* H'rg Tr., Jan. 6, 2015. The spreadsheet, docketed as ECF No. 129-1, shall be corrected to reflect this fact. The trial will only proceed with respect to the "failure to educate" claim.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Date: January 9, 2015
Brooklyn, New York

5