**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**CAROLINE CASTELLAW, et al.,**

                              **Plaintiffs,**                    <u>**ORDER**</u>

              **-against-**                                      **14-CV-1048 (JBW)**

**EXCELSIOR COLLEGE,**

                              **Defendant.**
-----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

        Currently pending before this Court, on a referral from the Honorable Jack B.

Weinstein, is a letter dated March 11, 2019, by plaintiff Maketa Jolly ("Ms. Jolly"),

proceeding *pro se*, asking Judge Weinstein to assist her in connection with the impending

suspension of her nursing license by the Board of Nursing of the State of New Jersey.  <u>See</u>

Letter Motion for Injunction (received Mar. 14, 2019) ("Jolly Motion"), Electronic Case

Filing Docket Entry ("DE") #203; <u>see also</u> Order Referring Motion (Mar. 18, 2019).  Ms.

Jolly states that she lacks the funds "to retain an attorney to fix this mess," but also notes that

she had "notified John Hermina [of] Hermina Law Group," the firm that represented Ms. Jolly

and dozens of others in this and a series of similar lawsuits filed against Excelsior College.

<u>See</u> Jolly Motion at 3.  In fact, on the same day that Ms. Jolly wrote her letter to Judge

Weinstein, Hermina Law Group withdrew plaintiffs' previously filed motion to set aside the

stipulation of settlement with Excelsior.  <u>See</u> Motion to Withdraw (Mar. 11, 2019), DE #201;

<u>see also</u> Motion to Set Aside Settlement (Nov. 13, 2018), DE #178.  It thus appears that Mr.

Hermina did not view Ms. Jolly's recent complaint as stating a violation of the Settlement

Agreement in this case.

The Court requests that Mr. Hermina promptly communicate with Ms. Jolly to ascertain whether her request for relief is properly before this Court and whether the problem complained of can be readily resolved through plaintiffs' counsel's intervention. Plaintiffs' counsel shall file a status report by April 3, 2019. If the matter has not been resolved, defendant is directed to respond to Ms. Jolly's motion and to plaintiffs' counsel's submission by April 9, 2019.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**March 27, 2019**

/s/ *Roanne L. Mann*

**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**