UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAROLINE CASTELLAW, et al.,

    Plaintiffs,

– against –

EXCELSIOR COLLEGE,

    Defendant.

ORDER

14-cv-1048

The court accepts the magistrate judge's thorough, comprehensive report and recommendation, which considered all elements of movants' claims. The court finds the objection filed to be without legal merit. The magistrate judge's report and recommendation is approved.

Clerk of Court: Send this report to New York Law Journal and the Federal Supplement as the opinion of Chief Magistrate Judge Mann.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: October 22, 2019
       Brooklyn, New York

